IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS GEIGER, | : | |
| Plaintiff, | : | Case No. 2:06-CV-636 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| PFIZER, INC., | : | Magistrate Judge Kemp |
| Defendant. | : | |

## OPINION AND ORDER

This matter comes before the Court on the Plaintiff Chris Geiger's Motion for Reconsideration and Objections [doc. 76] to the Magistrate Judge's Order on Motion to Compel [doc. 75]. After thorough review of the objections, the court finds that the objections are without merit and hereby overrules same. The Court **ADOPTS** the rationale and reasoning of the Magistrate Judge's Opinion. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. 28 U.S.C. §636(b). The Plaintiff's Motion to Compel Discovery [doc. 55] is **DENIED**.

    **IT IS SO ORDERED.**

                                              s/Algenon L. Marbley
                                            ALGENON L. MARBLEY
                                            UNITED STATES DISTRICT COURT

**Dated: March 30, 2009**